## UNITED STATES BANKRUPTCY COURT

Central District of Illinois

226 US Courthouse
600 E Monroe Street
Springfield, IL 62701

---

*In Re:* Janet Tartar
*Debtor*

*Case No.:* 22−70682

*Chapter:* 7

---

## NOTICE RE: FINANCIAL MANAGEMENT/DEBTOR EDUCATION REQUIREMENT

**Notice is hereby provided:**

Pursuant to the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005, every individual debtor (both debtors in a joint case) filing under Chapters 7 and 13 must complete an approved financial management course and file certification of completion with the court in order to receive a discharge.

The required certification consists of **Official Form 423 Certification About a Financial Management Course.** For cases assigned to Judge Perkins, the requirement may be met by filing either Official Form 423 Certification About a Financial Management Course **or** a certificate of completion from the personal financial management provider (for each debtor in a joint case).

A list of approved providers may be found at *www.ilcb.uscourts.gov.*

For Chapter 7 cases, the required certification of completion must be filed prior to the deadline to file an objection to discharge. This date can be found on the Notice of Meeting of Creditors (341 Notice).

For Chapter 13 cases, the required certification of completion must be filed prior to the final Chapter 13 plan payment.

*Dated:* 10/11/22

　/S/　Adrienne D. Atkins　
Clerk, U.S. Bankruptcy Court

## ATTENTION DEBTORS:

**Receive your court notices and orders by email through the DeBN program.**
**Same-day delivery.   Convenient access.   Free.**
**Go to *www.ilcb.uscourts.gov/debn* for more information and to download the request form.**

Go to *www.ilcb.uscourts.gov* for information regarding this court's *mandatory* electronic filing policy.

In re:                                                                              Case No. 22-70682-mpg

Janet Tartar                                                                        Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0753-3                          User: admin                           Page 1 of 1

Date Rcvd: Oct 11, 2022                       Form ID: fmgtreq                      Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol      Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 13, 2022:**

**Recip ID             Recipient Name and Address**
db               +  Janet Tartar, 4001 E Hickory St, Decatur, IL 62526-5710

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2022             Signature:       /s/Gustava Winters