Form gendefntc(gendefnt)

# UNITED STATES BANKRUPTCY COURT

Central District of Illinois
226 US Courthouse
600 E Monroe Street
Springfield, IL 62701

*In Re:* Janet Tartar
*Debtor*

*Case No.:* 22−70682

*Chapter:* 7

## DEFICIENCY NOTICE

*Notice is hereby provided:*

The spelling of Debtor's last name on the Certificate of Credit Counseling filed does not match ECF. A corrected Certificate must be filed within 14 days. If the Verified Petition was filed with the wrong spelling of Debtor's last name, an Amended Petition must be filed.

*ANY ITEMS REQUESTED ON THIS FORM MUST BE FILED ON OR BEFORE 10/25/22*

*Dated:* 10/11/22

　　　　　　　　　　　　　　　　　　　　　　/S/   Adrienne D. Atkins
　　　　　　　　　　　　　　　　　　　　　　Clerk, U.S. Bankruptcy Court

Go to *www.ilcb.uscourts.gov* for information regarding this court's *mandatory* electronic filing policy.

| | |
|---|---|
| In re: | Case No. 22-70682-mpg |
| Janet Tartar | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0753-3 | User: admin | Page 1 of 1 |
| Date Rcvd: Oct 11, 2022 | Form ID: gendefnt | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 13, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Janet Tartar, 4001 E Hickory St, Decatur, IL 62526-5710 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jeffrey D Richardson | jdrdec@aol.com il37@ecfcbis.com |
| John L GreenLeaf, Jr | on behalf of Debtor Janet Tartar GreenLeafLaw@comcast.net r41246@notify.bestcase.com |
| U.S. Trustee | USTPRegion10.PE.ECF@usdoj.gov |

TOTAL: 3